# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                       Case No. 6:08-cr-128-Orl-28KRS

**ISAAC ALDOLFO DIAZ-MATUTE**

## ORDER OF RECUSAL

This cause came on for consideration by the Court following review of the docket. I have been contacted by an attorney involved in the present case regarding, among other things, the procedure for expedited appointment to the CJA panel in this District. Although the attorney did not inquire about a specific case, upon review of the Motion to Appoint Undersigned as Counsel and Alternatively Motion to Substitute Counsel [37], it appears that the inquiry related to the present case. As such, the interests of justice warrant my recusal from the case. Accordingly, I hereby recuse myself from the case and direct the Clerk of Court to assign another magistrate judge to this case.

**DONE** and **ORDERED** in Orlando, Florida on this 21st day of October, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel for Defendant